Argued December 20, 1977, affirmed January 16, 1978

In the Matter of the Marriage of
PAGE, *Respondent,*
*and*
PAGE, *Appellant.*
(No. 48698, CA 8889)
573 P2d 334

S. David Eves, Corvallis, argued the cause for appellant. With him on the brief was Ringo, Walton, Eves & Gardner, P.C., Corvallis.

Donald P. Reiling, Albany, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Lee and Roberts, Judges.

PER CURIAM.

**PER CURIAM.**

In this dissolution-of-marriage case the sole issue on appeal is whether the award of custody of the parties' two children to the father was appropriate. We hold that it was. *Starin and Starin,* 29 Or App 557, 564 P2d 748, *rev den* (1977).

Affirmed. No costs to either party.